RECEIVED
MAR 25 2015
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 1:15CR014

STEVEN NASH FINN

18 U.S.C. § 371
16 U.S.C. § 470ee
18 U.S.C. § 1361
18 U.S.C. § 2

## NOTICE OF PENALTIES

### Count One

-NMT 5 years imprisonment — 18 U.S.C. § 371;
-NMT $250,000 fine — 18 U.S.C. § 3571;
-NMT 3 years supervised release — 18 U.S.C. § 3583(b)(2); and
-$100 special assessment — 18 U.S.C. § 3013(a)(2)(A).

### Count Two

-NMT 2 years imprisonment — 16 U.S.C. § 470ee;
-NMT $250,000 fine — 18 U.S.C. § 3571;
-NMT 1 year supervised release — 18 U.S.C. § 3583(b)(3); and
-$100 special assessment — 18 U.S.C. § 3013(a)(2)(A).

Except in the case of a second or subsequent conviction under 16 U.S.C. § 470ee, in which case the maximum term of imprisonment is 5 years — 16 U.S.C. § 470ee.

### Count Three

-NMT 10 years imprisonment — 18 U.S.C. § 1361;
-NMT $250,000 fine — 18 U.S.C. § 3571;
-NMT 3 years supervised release — 18 U.S.C. § 3583(b)(2); and
-$100 special assessment — 18 U.S.C. § 3013(a)(2)(A).

ROBERT J. MIMS, MS Bar 9913
Assistant United States Attorney
Northern District of Mississippi
900 Jefferson Avenue
Oxford MS 38655-3608
telephone 662/234-3351, fax 662/234-0657