| CRIMINAL CASE COVER SHEET | U.S. DISTRICT COURT |
|---|---|
| RECEIVED MAR 25 2015 | Complete entire form |

**Place of Offense:** UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF MISSISSIPPI   **Related Case Information**

City _____   Superseding Indictment **No**   Case Number _____

County **Lowndes**   Same Defendant _____ New Defendant _____

Magistrate Judge Case Number _____

Search Warrant Case Number _____

R20/R40 from District of _____

Related Criminal Case Number _____

**Defendant Information**

Juvenile: ☐ Yes   ☑ No      If yes, Matter to be sealed:   ☐ Yes   ☑ No

Defendant Name **Steven Nash Finn**

Alias Name _____

Address **Nettleton, MS**

DOB **1993**   SS# **3527**   Sex **White**   Race **Male**   Nationality _____

Represented by: _____

Interpreter: ☐ Yes ☑ No   List Language and/or dialect: _____

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ (Date) in _____ (Location)
☐ Already in State Custody
☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts **3**   ☐ Petty   ☐ Misdemeanor   ☑ Felony

| Title & Section | Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1 **18:371.F** | Conspiracy to defraud the U.S. | 1 |
| Set 2 **16:470.F** | Archeological Resource Protection Act | 2 |
| Set 3 **18:1361.F** | Government Property or Contracts | 3 |
| Set 4 | | |

**U.S. Attorney Information:** AUSA **Robert J. Mims**   Bar # **9913**

Date: _____   Signature of AUSA _[signature]_

**District Court Case Number:**
(To be entered by Clerk)   **1:15CR014**